1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8    JERRY LYNN TAYLOR,                      No. C-12-4838 EMC (pr)

9            Petitioner,

10       v.                                  **ORDER OF TRANSFER**

11   CALIFORNIA BOARD OF PAROLE
     HEARINGS,
12
             Respondent.
13   _____/

14

15

16       Petitioner, an inmate at the Pleasant Valley State Prison in Coalinga, has filed a petition for

17   writ of habeas corpus to challenge the execution of his sentence, *i.e.*, the denial of parole by the

18   Board of Parole Hearings.  The prison at which Petitioner is incarcerated is in Fresno County, within

19   the venue of the Eastern District of California.  Venue is proper in a habeas action in either the

20   district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of

21   confinement is the preferable forum to review the execution of a sentence.  *See* Habeas L.R. 2254-

22   3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).  Because Petitioner is confined in the

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

United States District Court

For the Northern District of California

Eastern District of California and is challenging the execution of his sentence, pursuant to 28 U.S.C.

§ 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is **TRANSFERRED**

to the United States District Court for the Eastern District of California.  The Clerk shall transfer this

matter forthwith.


        IT IS SO ORDERED.


Dated:  October 17, 2012

                                    _____
                                    EDWARD M. CHEN
                                    United States District Judge

**United States District Court**
For the Northern District of California

2