UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LYNN TAYLOR,<br><br>        Petitioner,<br><br>   v.<br><br>CALIFORNIA BOARD OF PAROLE HEARINGS,<br><br>        Respondent.<br>_____/ | No. C-12-4838 EMC (pr)<br><br>**ORDER OF TRANSFER** |

      Petitioner, an inmate at the Pleasant Valley State Prison in Coalinga, has filed a petition for writ of habeas corpus to challenge the execution of his sentence, *i.e.*, the denial of parole by the Board of Parole Hearings. The prison at which Petitioner is incarcerated is in Fresno County, within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because Petitioner is confined in the

///
///
///
///
///
///

Eastern District of California and is challenging the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is **TRANSFERRED** to the United States District Court for the Eastern District of California.  The Clerk shall transfer this matter forthwith.

　　　　IT IS SO ORDERED.

Dated:  October 17, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge